IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JAVIER ECHEVARRIA,** | : | **CIVIL ACTION** |
| Petitioner | : | |
| | : | |
| v. | : | **NO. 15-2214** |
| | : | |
| **BRIAN COLEMAN, et al.,** | : | |
| Respondents | : | |

# **O R D E R**

**AND NOW**, this   23rd   day of July, 2015, upon careful and independent consideration of the petition for writ of *habeas corpus*, and after review of the thorough Report and Recommendation of United States Magistrate Judge Henry S. Perkin, there being no Objections thereto, IT IS HEREBY ORDERED that:

1. The Report and Recommendation is APPROVED and ADOPTED;

2. The Petition is TRANSFERRED to the District Court for the Middle District of Pennsylvania.

3. There is no probable cause to issue a certificate of appealability.

The Clerk of Court is directed to transfer all original documents in the file to the United States District Court for the Middle District of Pennsylvania, and to mark this case CLOSED for statistical purposes.

BY THE COURT:

  /s/ Lawrence F. Stengel
LAWRENCE F. STENGEL, J.